AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| NNIDIA VINIEGRA-VILLALOBOS, an individual; ARLETH VALENCIA, an individual; JOHN K.V. DOE, a minor, by and though is guardian ad litem, Nidia Viniegra; [see attachment] | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  2:18-cv-00663-JFW-RAO |
| v. | ) ) | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, KEVIN VAN LUVEN, an individual; [see attachment] | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## AMENDED  SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES CUSTOMS AND BORDER PROTECTION, KEVIN VAN LUVEN, an individual; LUIS BARRAGAN, an individual;  MIGUEL QUINTERO, an individual; BRIAN GOULART, an individual; and CHRIS WALKER, an individual;  and DOES 1 through 10, inclusive,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402
South Pasadena CA 91030
Tel: (626)799-9375
Fax: (626)799-9380
email: lac4justice@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

                                                                              *Signature of Clerk or Deputy Clerk*