JOSEPH H. HUNT
Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel
ANDREA JAE FRIEDMAN
California Bar Number 291692
CONNOR HACKERT
New Jersey/Pennsylvania Bar Admissions
Trial Attorneys
United States Department of Justice
Torts Branch, Civil Division
   P.O. Box 7146
   Ben Franklin Station
   Washington, D.C. 20044-7146
   Telephone: (202) 305-0336
   Facsimile: (202) 616-4314
   Email: andrea.j.friedman@usdoj.gov
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NIDIA VINIEGRA-VILLALOBOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, et al.,<br><br>Defendants. | No. 2:18-cv-00663 JFW (RAO)<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT** |

**CERTIFICATION OF SCOPE OF EMPLOYMENT**

I, C. Salvatore D'Alessio, Jr., Acting Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the First Amended Complaint in this action. On the basis of the information now available with respect to the claims set forth in Counts Five through Nine, I find that defendants Kevin VanLuven, Luis Barragan, Miguel Quintero, Brian Goulart, and Chris Walker were acting within the scope of their respective federal office or employment at the time of the incidents out of which the plaintiffs' claims arose.

Dated: October 6, 2018

C. SALVATORE D'ALESSIO, JR.
Torts Branch, Civil Division
United States Department of Justice