LUIS A. CARRILLO, Esq. SBN 70398
LAW OFFICES OF LUIS A. CARRILLO
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380
E-mail: lac4justice@gmail.com
Attorneys for Plaintiffs

JOSEPH H. HUNT
Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel
ANDREA JAE FRIEDMAN
California Bar Number 291692
CONNOR HACKERT
Trial Attorneys, U.S. Department of Justice
    P.O. Box 7146
    Washington, D.C. 20044-7146
    Telephone: (202) 305-0336
    Facsimile: (202) 616-4314
    Email: andrea.j.friedman@usdoj.gov
Attorneys for Defendants United States of America
and U.S. Customs and Border Protection

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDIA VINIEGRA-VILLALOBOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | **Case No.: 2:18-CV-663-JFW-RAO** <br><br> **ORDER TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

**WHEREAS,**

The parties have Stipulated to partially dismiss the Plaintiffs' First Amended Complaint,

**IT IS HEREBY ORDERED THAT:**

- Defendant U.S. Customs and Border Protection is dismissed from all claims in this action, in Plaintiffs' First Amended Complaint.
- Claim nine (9) in the First Amended Complaint for negligent infliction of emotional distress is dismissed.
- Plaintiffs' requests for punitive damages and prejudgment interest in the First Amended Complaint against the United States are dismissed.

**SO ORDERED**

Dated:     November 5, 2018

_____
Honorable John F. Walter
United States District Court Judge