UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NIDIA VINIEGRA-VILLALOBOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:18-cv-00663 JFW (RAO) <br><br> **[PROPOSED] ORDER VACATING DATES AND DEADLINES PENDING SETTLEMENT** <br><br> Honorable John F. Walter |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PARTIES:**

The Court, having considered the joint Notice of Settlement filed by plaintiffs and defendant United States of America, hereby **VACATES** all pending dates and deadlines in this action, including the December 3, 2018 scheduling conference, so that the parties may finalize settlement. Plaintiffs and defendant United States of America shall file a stipulation of dismissal of this action with prejudice no later than **90 days** from the date of this order.

Dated: _____          _____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Luis Allen Carrillo*
*Per e-mail authorization*
LUIS ALLEN CARRILLO
Law Offices of Luis A. Carrillo

Attorney for Plaintiffs

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel

/s/ *Andrea Jae Friedman*
ANDREA JAE FRIEDMAN
CONNOR HACKERT
Trial Attorneys, Torts Branch
United States Department of Justice

Attorneys for Defendant United States of America